UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |  |
|---|---|
| DAMON JONES,<br><br>         Plaintiff,<br><br>-against-<br><br>GENERAL ARMY NAVY SURPLUS, INC.,<br><br>         Defendant. | 23-cv-7619 (AS)<br><br>MEDIATION REFERRAL ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

  SO ORDERED.

Dated: August 30, 2023
    New York, New York

                  ARUN SUBRAMANIAN
                  United States District Judge