UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMON JONES, on behalf of himself and all
others similarly situated,
        Plaintiffs,
v.

                                                  **CASE NO.:** 1:23-cv-07619-AS

General Army Navy Surplus, Inc.,

        Defendant.

---

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. The Parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time the Parties request that the Court retain jurisdiction over this matter until fully resolved. Should either party not move to reinstate the case or seek other Court intervention in the next sixty (60) days, the Parties request the Court dismiss this case with prejudice at that time.

Respectfully submitted this 21st day of February 2024.

                                          SPIRE LAW, LLC
                                          2572 W. State Road 426, Suite 2088
                                          Oviedo, Florida 32765

                                  By:    */s/ Ian E. Smith*
                                          Ian E. Smith, Esq.
                                          New York Bar No. 4027447
                                          ian@spirelawfirm.com
                                          sarah@spirelawfirm.com
                                          filings@spirelawfirm.com

2

Attorney for Defendant | General Army Navy
Surplus, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2024, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Southern District of New York, resulting in a true and correct copy of the same to be served via electronic mail, as follows:

    Mars Khaimov, Esq.
    MARS KHAIMOV LAW, PLLC
    10826 64th Avenue, Second Floor
    Forest Hills, New York 11375
    Tel: (929) 324-0717
    Email: mars@khaimovlaw.com

                                         */s/ Ian E. Smith*
                                         Ian E. Smith, Esq.